UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Charles Gamble, #344426, | ) C/A No. 4:15-24-TLW-TER |
| Petitioner, | ) |
| vs. | ) |
| | ) ORDER |
| Warden Reynolds, | ) |
| Respondent. | ) |

This case is before the Court because of Petitioner's failure to comply with the magistrate judge's Order of January 26, 2015.[1] ECF No. 5.

A review of the record indicates that the magistrate judge ordered Petitioner to submit items needed to render this case into proper form within twenty-one days, and specifically informed Petitioner that if he failed to do so, this case would be subject to dismissal. The Court has not received any response from Petitioner and the time for his compliance has passed.

The mail in which the Order was sent to Petitioner at the address provided when the case was filed has not been returned to the court, thus it is presumed that Petitioner received the Order, but has neglected to comply with it within the time permitted under the Order.

Petitioner's lack of response to the Order indicates an intent to not prosecute this case, and subjects this case to dismissal. See Fed. R. Civ. P. 41(b)(district courts may dismiss an action if a Petitioner fails to comply with an order of the court.); see also Ballard v. Carlson, 882 F.2d 93, 95

---

[1] The Petitioner requested a ninety day extension of time to respond to the Court's Order by correspondence dated February 2, 2015. His request for an extension of time was granted by a Text Order entered on February 6, 2015. Although the Text Order indicated that in light of the granted extension Petitioner's response would be due on March 23, 2015, the Court notes that more than ninety days has passed and Petitioner has failed to bring this case into proper form.

1

(4th Cir. 1989)(dismissal with prejudice appropriate where warning given); Chandler Leasing Corp. v. Lopez, 669 F.2d 919, 920 (4th Cir. 1982)(court may dismiss sua sponte).

Accordingly, this case is dismissed without prejudice. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

|  |  |
|---|---|
|  | s/Terry L. Wooten |
| May 26, 2015 | Terry L. Wooten |
| Columbia, SC | Chief United States District Judge |

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.